**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

THOMAS E. MILNER,
               Plaintiff,

v.                                      Case No.  07-CV-320

AMERICA'S SECOND HARVEST OF WISCONSIN, INC.,
               Defendant.

**ORDER RETURNING CASE**

On December 4, 2007, a settlement conference was conducted in this action. The mediation resulted in resolution of the plaintiff's claims.

Accordingly, this action is referred back to the Honorable Charles N. Clevert, Jr. for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>5th</u> day of December, 2007.

                                              BY THE COURT:

                                              <u>s/AARON E. GOODSTEIN</u>
                                              United States Magistrate Judge